IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KIMBERLY KENNEY**  PLAINTIFF

VS.  4:18-CV-00382-BRW

**ARKANSAS DEPARTMENT
OF HUMAN SERVICES,** *ET AL.*  DEFENDANTS

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Because Plaintiff's complaint is nonsensical and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED as MOOT.

IT IS SO ORDERED this 6th day of June, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).